UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:21-cv-05348 MAA | Date: October 25, 2021 |
| Title | Guadalupe Herrera Lujano v. United States of America et al. | |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (in chambers):  Order to Show Cause**

　　On July 1, 2021, Plaintiff Guadalupe Herrera Lujano ("Plaintiff") filed a complaint (ECF No. 3) together with a Request for summons (ECF No. 1).  On the same day, the Court Clerk issued three Notices of Deficiencies—the first noting that Plaintiff had not filed certain documents required to accompany the filing of the complaint (ECF No. 5); the second noting that Plaintiff incorrectly coded the initiating document event (ECF No. 6); and the third noting that Plaintiff's request for summons had a defect that precluded the issuance of the summons (ECF No. 7).  On July 1, 2021, Plaintiff re-filed the complaint (ECF No. 8), which resulted in a Notice of Deficiency in which the Court Clerk noted that the case number was missing on the complaint and that Plaintiff had incorrectly coded the filing (ECF No. 10).  On July 7, 2021, Plaintiff filed a Certification and Notice of Interested Parties (ECF No. 9), which resulted in a Notice of Deficiency in which the Court Clerk noted that the caption on the document was incorrect, an incorrect document was attached, and the event code was incorrect (ECF No. 11).  On July 8, 2021, Plaintiff re-filed a Notice of Interested Parties.  (ECF No. 12).  On August 18, 2021, the Court Ordered Plaintiff to resolve all deficiencies related to the Summons (ECF Nos. 7, 10), and re-file the summons request.  (ECF No. 16.)  On August 26, 2021, the Court issued a Reminder Notice, reminding the parties that if the case was to proceed before the Magistrate Judge to which it was assigned, the parties were required to file consents to such assignment.  (ECF No. 17.)

　　To date, Plaintiff has failed to correct the deficiencies in her filings, as ordered, and has failed to file any proof of service or request an extension of time in which to do so.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **November 24, 2021** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute.  Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:21-cv-05348 MAA                                                        Date: October 25, 2021

Title        Guadalupe Herrera Lujano v. United States of America et al.

may discharge this Order by correcting the deficiencies detailed above, serving the complaint, and filing a proof of service.

Should this case be allowed to proceed, the parties are reminded that, for the above-entitled case to proceed with the assigned Magistrate Judge, they must file and serve joint or separate Consent form(s), indicating whether or not each party consents to have a Magistrate Judge assigned to this case.  Plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant.  Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant.  If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government must file the Consent form within sixty (60) days after service of summons and complaint upon each defendant.  If one or both parties fails to consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case automatically will be re-assigned.

It is so ordered.